UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 

------------------------------------------------------------x

PENSIONS MANAGEMENT (SWF) LIMITED;
SCOTTISH WIDOWS PLC; SCOTTISH WIDOWS
UNIT FUNDS LIMITED; LLOYDS TSB GROUP
PENSION SCHEME NO. 1 ; LLOYDS TSB GROUP
PENSION SCHEME NO. 2; LLOYDS TSB ASSET
FINANCE DIVISION PENSION SCHEME; LLOYDS
TSB OFFSHORE FUNDS LIMITED; and ABBEY
LIFE ASSURANCE COMPANY LIMITED,

           Plaintiffs,

    - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

           Defendants.

------------------------------------------------------------x

No. 08 Civ. _____

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**



Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Pensions Management (SWF) Limited; Scottish Widows PLC; Scottish Widows Unit Funds Limited; Lloyds TSB Group Pension Scheme No. 1 ; Lloyds TSB Group Pension Scheme No. 2; Lloyds TSB Asset Finance Division Pension Scheme; Lloyds TSB Offshore Funds Limited; and Abbey Life Assurance Company Limited, all nongovernmental corporate parties, state that each is a subsidiary of Scottish Widows Investment Partnership Limited ("SWIP"), which, in turn, is a subsidiary of Scottish Widows Group Limited, which in turn is a subsidiary of Lloyds TSB Bank plc. Lloyds TSB Bank plc is owned by Lloyds TSB Group plc. Lloyds TSB Group plc is publicly held and owns 10% or more of the stock of Lloyds TSB Bank plc.

Dated: March 5, 2008

By: *[signature]*

LABATON SUCHAROW LLP

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Plaintiffs*
*Pensions Management (SWF) Limited; Scottish Widows PLC; Scottish Widows Unit Funds Limited; Lloyds TSB Group Pension Scheme No. 1; Lloyds TSB Group Pension Scheme No. 2; Lloyds TSB Asset Finance Division Pension Scheme; Lloyds TSB Offshore Funds Limited; and Abbey Life Assurance Company Limited*