UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────x

PENSIONS MANAGEMENT (SWF) LIMITED;
SCOTTISH WIDOWS PLC; SCOTTISH WIDOWS
UNIT FUNDS LIMITED; LLOYDS TSB GROUP
PENSION SCHEME NO. 1; LLOYDS TSB GROUP
PENSION SCHEME NO. 2; LLOYDS TSB ASSET
FINANCE DIVISION PENSION SCHEME; LLOYDS
TSB OFFSHORE FUNDS LIMITED; and ABBEY
LIFE ASSURANCE COMPANY LIMITED,

          Plaintiffs,

    - v. -

VIVENDI, S.A., JEAN-MARIE MESSIER
and GUILLAUME HANNEZO,

          Defendants.

────────────────────────────────x

No. 08 Civ. 02214

**STATEMENT OF RELATEDNESS**



RECEIVED MAR 05 2008 U.S.D.C. S.D.N.Y. CASHIERS

    The Court has jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1367 and Section 22 of the Securities Act, 15 U.S.C. §17v and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

    Plaintiffs bring this case for claims under Sections 11 (15 U.S.C. §77k), 12 (15 U.S.C. §77l(a)(2)), and 15 (15 U.S.C. §77o) of the Securities Act, Section 10(b) (15 U.S.C. §78j(b) and Rule 10b-5), 20(a) (15 U.S.C. §78t(a)) and 18 (15 U.S.C. §78r) of the Exchange Act and state common law fraud and negligent misrepresentation claims against Defendants for Plaintiffs' economic loss on their Vivendi ADSs and ordinary shares by reason of Defendants' fraudulent misrepresentations and omissions regarding the financial status and liquidity of Vivendi S.A. and the later merged company Vivendi Universal S.A. and for such further conduct as detailed in Plaintiffs' complaint.

The related case, *In re Vivendi Universal Securities Litigation*, Case No. 02-CV-5571, is assigned to Judge Holwell, and arises from the same set of facts and circumstances that form the basis of this action.

In the interests of judicial economy, Plaintiffs respectfully request that this action be deemed related to the above-listed action.

Dated: March 5, 2008

By: /s/ Mark S. Arisohn

LABATON SUCHAROW LLP

Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Mark S. Arisohn (MA-2364)
Anthony J. Harwood (AH-1006)
Javier Bleichmar (JB-1104)
Jesse Strauss (JS-0212)
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  212-907-0700
Facsimile:    212-818-0477

*Attorneys for Plaintiffs
Pensions Management (SWF) Limited; Scottish Widows PLC; Scottish Widows Unit Funds Limited; Lloyds TSB Group Pension Scheme No. 1; Lloyds TSB Group Pension Scheme No. 2; Lloyds TSB Asset Finance Division Pension Scheme; Lloyds TSB Offshore Funds Limited; and Abbey Life Assurance Company Limited*