UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
IN RE VIVENDI UNIVERSAL, S.A.                           :
SECURITIES LITIGATION                                   :     ORDER OF DISMISSAL
------------------------------------------------------- :
                                                        :     02 Civ. 5571 (SAS)
This document relates to:                               :
                                                        :
08 Civ. 2056    08 Civ. 2057                            :
08 Civ. 2166    08 Civ. 2214                            :
                                                        :
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 8, 2012

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Pursuant to the Court's Order on February 1, 2012,[1] which granted defendants' motion for partial summary judgment on the pleadings, based on the Supreme Court's decision in *Morrison v. National Australia Bank Ltd.*,[2] and dismissed the ordinary share claims of the plaintiffs in the above-captioned actions, IT IS HEREBY ORDERED that the following actions are dismissed with prejudice but without costs: 08 Civ. 2056, 08 Civ. 2057, 08 Civ. 2166, 08 Civ. 2214.

The Clerk of the Court is directed to close these actions and any pending motions. To the extent that plaintiffs in these actions also assert claims in 09 Civ. 2568, 09 Civ. 2592, or 09 Civ. 2603, such plaintiffs' claims in these

---

[1] Docket No. 1114.

[2] 130 S. Ct. 2869 (2010).

actions are dismissed with prejudice.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            August 8, 2012

- Appearances -

**For Individual Plaintiffs:**

Stuart M. Grant, Esq.
James J. Sabella, Esq.
Diane Zilka, Esq.
Christine M. Mackinstosh, Esq.
Grant & Eisenhofer P.A.
485 Lexington Avenue
New York, New York 10017
(646) 722-8500

Stuart L. Berman, Esq.
John A. Kehoe, Esq.
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

Mark S. Arisohn, Esq.
Joseph A. Fonti, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York
(212) 907-0700

**For Defendant Vivendi, S.A.:**

Daniel Slifkin, Esq.
Paul C. Saunders, Esq.
Timothy Gray Cameron, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Penny Packard Reid, Esq.
James W. Quinn, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue, 25th Fl.
New York, New York 10153
(212) 310-8000

**For Defendant Jean-Marie Messier:**

Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2186

**For Defendant Guillaume Hannezo:**

Martin L. Perschetz, Esq.
Michael Everett Swartz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2247